ANDREW P. McDEVITT (SBN 271371)
VALERIE N. ROSE (SBN 272566)
WALKUP, MELODIA, KELLY & SCHOENBERGER
650 California Street, 26th Floor
San Francisco, CA 94108
Telephone: (415) 981-7210
Email: amcdevitt@walkuplawoffice.com
vrose@walkuplawoffice.com

JAMES P. McKENNA (SBN 142550)
CHANCE M. HANSEN (SBN 322934)
PETERS, HABIB, McKENNA, JUHL-RHODES,
CARDOZA & HANSEN, LLP
P.O. Box 3509
Chico, CA 95927
Telephone:  (530) 342-3593
E-mail:  jmckenna@peterslawchico.com
chance@peterslawchico.com

Attorneys for Plaintiff
JONATHAN JORGENSEN SR., Individually and as
Successor-In-Interest of Decedent J.J., JR., and
CRISTA JORGENSEN


JACKSON LEWIS P.C.
VICTORIA L. BOESCH (SBN 228561)
400 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone:  (916) 341-0404
Facsimile:  (916) 341-0141
E-mail:  Victoria.boesch@jacksonlewis.com

Attorneys for Defendant
CHENEGA SECURITY INTERNATIONAL
CALIFORNIA (erroneously sued as CHENEGA
SECURITY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JONATHAN JORGENSEN SR., individually and as Successor-in-interest of Decedent, J.J. JR., and CRISTA JORGENSEN, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA; CHENEGA SECURITY (true legal name unknown); and DOES 1-50, inclusive, <br><br> Defendants. | Case No. 2:25-CV-03681-DJC-DMC <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER** <br><br> **(L.R. 144)** |

1

Plaintiffs JONATHAN JORGENSEN SR., individually and as Successor-in-interest of Decedent, J.J. JR., and CRISTA JORGENSEN ("Plaintiffs") and Defendant CHENEGA SECURITY INTERNATIONAL CALIFORNIA (erroneously sued as CHENEGA SECURITY) ("Defendant") (collectively "Parties"), through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Defendant CHENEGA SECURITY's deadline to respond to Plaintiff's Complaint [Dkt. 1] was initially January 20, 2026 [Dkt. 6];

WHEREAS, the Parties are meeting and conferring regarding the identity of the proper defendant to be named in the action;

WHEREAS, no prior extensions have been sought;

WHEREAS, the Parties agree that Defendant will have an extension of time until the complaint-response deadline for co-defendant the United States (currently March 2, 2026) to respond to Plaintiff's Complaint to allow time for the Parties to engage in meet and confer efforts;

NOW, THEREFORE, IT IS HEREBY STIPULATED, pursuant to Local Rule 144, by and between Plaintiffs and Defendant that Defendant shall have an extension of time through **March 2, 2026**, to respond to Plaintiff's Complaint.

Dated: January 16, 2026                    WALKUP, MELODIA, KELLY & SCHOENBERGER

By: *Valerie N. Rose (authorized 1/16/26)*
            VALERIE N. ROSE

Attorneys for Plaintiff

Dated: January 16, 2026                    JACKSON LEWIS P.C.

By: *Victoria L. Boesch*
            VICTORIA L. BOESCH

Attorneys for Defendant

Stipulation to Extend Time to Respond to Complaint; Order (L.R. 144)

## [PROPOSED] ORDER

Having considered the Parties' stipulation and good cause appearing therefor, **IT IS HEREBY ORDERED** that Defendant shall have an extension of time through March 2, 2026, to respond to Plaintiffs' Complaint.

Dated:  January 16, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

Stipulation to Extend Time to Respond to Complaint; Order (L.R. 144)