Tracey Buck-Walsh, CA Bar #131254
**LAW OFFICE OF TRACEY BUCK-WALSH**
175 Foss Creek Circle
Healdsburg, CA 95448
Telephone: (916) 761-9277
E-mail:  tracey@tbwlaw.com

Tab Turner, AR Bar # 85158 (*pro hac vice*)
**TURNER & ASSOCIATES, P.A.**
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
Telephone: (501) 791-2277
E-mail: tab@tturner.com

Emilio A. Cazares, Esq., SBN 324810
Cassie N. Holloway, Esq., SBN 328284
**TURNER & ASSOCIATES, P.A.**
1001 B Ave, Unit 308
Coronado, California 92118
Telephone: (619)537-0007 | Facsimile: (619)537-0079
E-mail: cassie@tturner.com; emilio@tturner.com

**ATTORNEYS FOR BRIAN ANTHONY MOORE
and JENI RAE MOORE, individually and as
successors-in-interest to RM, deceased; and MM,
a minor, by and through his Guardian ad Litem
to be appointed,**

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

ANDREW P. McDEVITT (State Bar #271371)
amcdevitt@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com
AMALIE R. YACH (State Bar #364127)
ayach@walkuplawoffice.com

James P. McKenna (State Bar #142550)
Chance M. Hansen (State Bar #322934)
Peters, Habib, McKenna, Juhl-Rhodes, Cardoza & Hansen, LLP
P.O. Box 3509
Chico, CA 95927
(530) 342-3593
jmckenna@peterslawchico.com
chance@peterslawchico.com

Order Consolidating Actions and Setting Briefing Schedule
*MOORE V. U.S.,* 2:25-cv-3677; *JORGENSEN V. U.S.,* 2:25-cv-3681 TLN DMC

1

**ATTORNEYS FOR PLAINTIFFS JONATHAN JORGENSEN SR., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST OF DECEDENT JONATHAN JORGENSEN JR., AND CRISTA JORGENSEN**

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ANTHONY MOORE and JENI RAE MOORE, individually and as successors-in-interest to RM, deceased; and MM, a minor, by and through his Guardian ad Litem to be appointed, | CASE NO. 2:25-cv-3677 TLN DMC |
| | CASE NO. 2:25-cv-3681 TLN DMC |
| Plaintiffs, | [RELATED CASES] |
| v. | **ORDER CONSOLIDATING THESE RELATED CASES FOR ALL PURPOSES AND SETTING DEADLINES FOR FILING AMENDED AND CONSOLIDATED COMPLAINT AND RESPONSES** |
| UNITED STATES OF AMERICA; CHENEGA INTEGRATED SECURITY SOLUTIONS, LLC; CHENEGA SECURITY & SUPPORT SOLUTIONS, LLC; CHENEGA SECURITY CALIFORNIA CORPORATION; CHENEGA SECURITY INTERNATIONAL, LLC; and DOES 1-50, inclusive, | |
| Defendants. | |
| JONATHAN JORGENSEN SR., individually and as Successor-in-Interest of Decedent, J.J., JR., and CRISTA JORGENSEN. | |
| Plaintiffs, | |
| v. | |
| THE UNITED STATES OF AMERICA; CHENEGA SECURITY (true legal name unknown); and DOES 1-50, inclusive, | |
| Defendants. | |

Order Consolidating Actions and Setting Briefing Schedule
*MOORE V. U.S.,* 2:25-cv-3677; *JORGENSEN V. U.S.,*2:25-cv-3681 TLN DMC

2

The Court has reviewed the parties' stipulation and good cause appearing, hereby orders as follows:

The actions filed by Plaintiffs Brian Anthony Moore, Jeni Rae Moore, and M.M., case No. 2:25-cv-03677 TLN DMC, and Plaintiffs Jonathan Jorgensen Sr. and Crista Jorgensen, case No. 2:25-cv-03681 TLN DMC (the "Jorgensen Action") are hereby consolidated for all purposes, including but not limited to pleading, discovery, law and motion, pretrial proceedings, and trial.

Case No. 2:25-cv-03677 TLN DMC shall be designated as the lead case for docketing and administrative purposes (the "Lead Case") and all future filings shall be filed only in the Lead Case and shall bear the caption and lead case number. This consolidation is a case-management mechanism and does not alter any Party's substantive rights, defenses, claims, or the identity of the actions for purposes of discovery or finality.

As a result of this consolidation, Plaintiffs shall file and serve an Amended and Consolidated Complaint (the "Consolidated Complaint") on or before May 1, 2026.

Defendant United States of America shall respond to the consolidated complaint (including, without limitation, a motion under Federal Rule of Civil Procedure 12) on or before June 1, 2026. If the United States moves to dismiss the consolidated complaint, Plaintiffs do not have a right to amend as a matter of course under Rule 15(a)(1). Instead, Plaintiffs must either seek opposing party's written consent or the court's leave under Rule 15(a)(2). Should such leave be granted, the United States shall have 30 days to respond to an amended consolidated complaint unless another deadline is agreed to by the parties or scheduled by the Court.

IT IS SO ORDERED.

DATED: April 6, 2026

_____
Troy L. Nunley
Chief United States District Judge

Order Consolidating Actions and Setting Briefing Schedule
*MOORE V. U.S.,* 2:25-cv-3677; *JORGENSEN V. U.S.,* 2:25-cv-3681 TLN DMC

3